**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TUNYA ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17-cv-06585 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| CAGAN MGT., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Emergency Motion hearing held. Only pro se Plaintiff Tunya Alexander appeared. Pursuant to the discussions held in open court. Plaintiff's application to proceed in forma pauperis [4] is granted. The Clerk of Court is directed to file Plaintiff's complaint. For the reasons stated on the record, Plaintiff's emergency motion [5] is taken under advisement.

(0:35)

Dated: September 15, 2017

_____
Andrea R. Wood
United States District Judge