# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT**  
**NORTHERN DISTRICT OF ILLINOIS**

Case #: 17-cv-06585  
Court Date: 10/17/2017  
Court Time: 9:00 AM

Tunya Alexander

Plaintiff

vs.

Cagan Management, et al

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Notice of Motion and Defendants' Motion to Dismiss and For Temporary Restraining Order and Preliminary and Permanent Injunctions**

PARTY SERVED: **TUNYA ALEXANDER**

METHOD OF SERVICE: **Personal Service** - By personally delivering copies to **TUNYA ALEXANDER.**

DATE & TIME OF DELIVERY: **10/10/2017 at 5:40 PM**

ADDRESS, CITY AND STATE: **10530 S. ABERDEEN AVE, CHICAGO, IL 60643**

DESCRIPTION: **Black, Female, 50, 5'06", 160 lbs, Black hair**

COMMENTS: Single family home no names on mailbox. Rang bell and female came to door. I stated I was looking for the defendant and she confirmed she was the defendant I told her I had legal documents and she shook her head no and stated she would not accept any documents, she stated "you can mail them" and she slammed the door in my face. I dropped the documents at the front door and took picture of the same.

I declare under penalties of perjury that the information contained herein is true and correct.

_Samuel L. Jones JR_  
Samuel L. Jones, Lic # 117-001119  
Judicial Attorney Services, Inc.  
2100 Manchester Rd., Ste 505  
Wheaton, IL 60187  
(630) 221-9007

SUBSCRIBED AND SWORN to before me on the 11th day of October, 2017.

_Joan C Harenberg_  
NOTARY PUBLIC

OFFICIAL SEAL  
JOAN C HARENBERG  
NOTARY PUBLIC - STATE OF ILLINOIS  
MY COMMISSION EXPIRES:04/28/21



CLIENT: Russel G. Winick & Associates, P.C.  
FILE #:

Tracking #: 361313

